UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHARLES KINNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>TYSON TAKEUCHI, *et al.*,<br><br>   Defendants. | Case No.  16-cv-02018-LB<br><br>**ORDER REGARDING RELATED CASES**<br><br>Re: ECF No. 23 |
| CHARLES KINNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>JUDGE PHILLIP GUTIERREZ, *et al.*,<br><br>   Defendants. | Case No.  16-cv-02278-LB<br><br>**ORDER REGARDING RELATED CASES** |

Mr. Kinney objects to the court's prior order relating case number 16-cv-02018-LB to cases that the court previously decided. (*See* ECF No. 20.) The court deemed this case related to case number 16-cv-01260-LB, and it also is related to case number 14-cv-02187-LB. The court transferred both cases to the Central District of California. Mr. Kinney points out that there is an earlier-numbered case: case number 13-cv-01396-MMC. That case primarily involved Mr. Kinney's efforts to enjoin the State Bar from conducting proceedings against him. By contrast, his latest lawsuits focus on state-court lawsuits he lost. Considering the local rules, and how recently

ORDER (Nos. 16-cv-02018-LB and 16-cv-02278-LB)

the undersigned addressed similar issues, the court does not reconsider its related case order. The court appreciates Mr. Kinney's point but the interests of judicial economy that underlie the related-case rule militate in favor of the court's decision. The same analysis applies to the court's order relating case number 16-cv-02778-HSG.

**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
LAUREL BEELER
United States Magistrate Judge